FILED
2020 Jan-27 PM 05:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **STANLEY BRENT CHATMAN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | Civil Action Number |
| ) | **2:17-cv-01952-AKK** |
| **COI KENNEDY D. ROY, et al,** ) | |
| ) | |
| **Defendants.** ) | |

## **MEMORANDUM OPINION**

This matter came before the court today for a bench trial on Stanley Chatman's Eighth Amendment excessive force claims based his allegations that Officer Kennedy Roy sprayed Chatman in the face with a fire extinguisher and Lieutenant Mohammad Jenkins assaulted Chatman in a hallway by spraying him with a chemical agent and slapping him. Chatman testified in support of his case and presented inmates Mornterieus Densmore, Travis Burns, and Johnny Davis as witnesses. The two defendants testified and also called as a witness Joshua Murphree, who was a corrections lieutenant at the time of the incident.

As explained in open court, based on Officer Roy and Lt. Jenkins' testimony and their demeanor, and that of the other witnesses, the court finds Officer Roy and Lt. Jenkins more credible than Chatman and his witnesses. The court, sitting as the trier of fact and law, concludes by a preponderance of the evidence that Chatman

has failed to establish that these defendants violated his Eight Amendment right to be free from excessive force. Therefore, in light of the evidence presented by the defendants and Chatman's failure to prove his claims, the court will enter judgment in favor of Defendants Kennedy Roy and Mohammed Jenkins and dismiss this case with prejudice. A separate order in accordance with this memorandum opinion will be entered.

**DONE** the 27th day of January, 2020.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE